UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DONNA M. JAMES,

                Plaintiff,

                **MEMORANDUM**

   - v -

                CV-10-470 (JG)(VVP)

STATE OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

      The plaintiff Donna James has filed several recent communications concerning her lawsuit in this case. The plaintiff should rest assured that the court is giving careful consideration to those communications and all other filings made in the case, and anticipates rendering a ruling shortly.

                                *Viktor V. Pohorelsky*
                                VIKTOR V. POHORELSKY
                                United States Magistrate Judge

Dated:   Brooklyn, New York
           December 17, 2012